NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETAIRUS TECHNOLOGIES, LLC, a California limited liability company,**
*Plaintiff – Appellant,*

v.

**APPLE INC., a California corporation,**
*Defendant – Appellee.*

---

14-1404

---

Appeal from the United States District Court for the Central District of California in No. 2:10-cv-03257-JAK-E, Judge John A. Kronstadt.

---

ON MOTION

O R D E R

The parties jointly move for an extension of time, until August 12, 2014, to file the appellee's principal brief, and for an extension of time, until September 12, 2014, to file the appellant's reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

                                                FOR THE COURT

July 15, 2014                  /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

cc: Robert A. Conley
Mark S. Davies
Ashlee N. Lin
Dean D. Niro
Raymond Pardo Niro I
T. Vann Pearce Jr.
E. Joshua Rosenkranz